**Elliott Laverne PRINCE, Petitioner-Appellant,**

v.

**Dr. George J. BETO, Director, Texas Department of Corrections, Respondent-Appellee.**

No. 72-2352

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

Oct. 17, 1972.

Before WISDOM, GODBOLD and RONEY, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1] In his habeas petition appellant alleged: (1) illegal arrest; (2) illegal search and seizure; (3) a Negro woman was excluded by defense counsel, leaving an all white jury; (4) his hat was shown to the victim before the trial, who identified it as the one worn by his assailant; (5) evidence of a prior conviction was brought out by his attorney; (6) the prosecuting attorney attempted to inflame the jury when, on cross-examination, he asked questions inferring that appellant hated white people; (7) a policeman was allowed to state that he believed appellant had committed the offense; (8) counsel was ineffective.

---

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

